OWEN F. CONLON, Appellant, *v.* JAMES L. STARBUCK, as Assignee of J. R. WILLARD & Co., et al., Respondents.

*Conlon* v. *Starbuck*, 58 App. Div. 618, appeal dismissed.
(Submitted April 15, 1901; decided April 23, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that there are no questions of law to be reviewed by this court, that the Appellate Division unanimously decided that there is evidence supporting or tending to sustain the findings of fact, and the exceptions are frivolous.

*David Bennett King* for motion.

*John Delahunty* opposed.

Motion granted and appeal dismissed, with costs.